UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN and DIANNE BERRELLI | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No. 5:19-cv-50<br>) |
| JESSICA McCLEAN, | )<br>) |
| Defendant. | ) |

**ENTRY ORDER**

The court has scheduled a one-day bench trial on the merits for June 8, 2021, commencing at 9:30 am. The parties and witnesses will appear by Zoom. All trial exhibits to be offered by either side shall be marked, served on the other side, and filed with the court not later than Tuesday, June 1, 2021.

The plaintiffs intend to call a real estate agent as an expert on the value of the properties that plaintiffs lost through foreclosure. Plaintiffs' counsel shall serve and file an expert report not later than May 15, 2021.

The court encourages the parties to continue to communicate concerning settlement. Dated at Burlington, in the District of Vermont, this 20th day of April, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court